# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                NO. 2021 KW 1264

VERSUS

TONEY A. GALLO                                **JANUARY 21, 2022**

---

In Re:    Toney A. Gallo, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1801969.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                          JMG
                          GH
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT